UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARJENT SERVICES, LLC,                                          Case No. 08 CIV 6510

                        Plaintiff,

v.

JOSEPH M. SCIRE and JOYCE B. SCIRE,

                        Defendants.

STATE OF NEW YORK              )

COUNTY OF NEW YORK             ) ss.:

JENNIFER SY LOPEZ, being duly sworn, deposes and says:

I am employed by the firm of GARVEY SCHUBERT BARER, attorneys for Plaintiff; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On July 22, 2008, I served the within **SUMMONS AND COMPLAINT** via EMAIL and FEDERAL EXPRESS at the following address:

John E. Lawlor, Esq.                    Bonnie R. Simon, Senior Case Administrator
*Attorneys for Defendants*              FINRA Dispute Resolution
129 Third Street                        Southeast Region
Mineola, New York 11501                 Boca Center Tower 1
                                        5200 Town Center Circle, Suite 200
                                        Boca Raton, FL 33486

and via EMAIL at the following addresses:

            Panel: Sanford Finde r, Chair
                   James Cormack
                   Richard Preston

                                              _____
                                                      JENNIFER SY LOPEZ

Sworn to before me this
22nd day of July 2008

_____
Notary Public

        SEYMOUR H. BUCHOLZ
     Notary Public, State of New York
            No. 02BU4877114
     Qualified In Westchester County
     Commission Expires 10/27/20