UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARJENT SERVICES, LLC,

        Plaintiff,

v.

JOSEPH M. SCIRE and JOYCE B. SCIRE,

        Defendants.

Case No. 08 CIV 6510

---

STATE OF NEW YORK       )

COUNTY OF NEW YORK   ) ss.:

    JENNIFER SY LOPEZ, being duly sworn, deposes and says:

    I am employed by the firm of GARVEY SCHUBERT BARER, attorneys for Plaintiff; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On July 22, 2008, I served the within **ORDER TO SHOW CAUSE AND AFFIDAVITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER TO STAY ARBITRATION** via EMAIL and FEDERAL EXPRESS at the following address:

    John E. Lawlor, Esq.
    *Attorneys for Defendants*
    129 Third Street
    Mineola, New York 11501

    Bonnie R. Simon, Senior Case Administrator
    FINRA Dispute Resolution
    Southeast Region
    Boca Center Tower 1
    5200 Town Center Circle, Suite 200
    Boca Raton, FL 33486

and via EMAIL at the following addresses:

    Panel: Sanford Finde r, Chair
           James Cormack
           Richard Preston

_____
JENNIFER SY LOPEZ

Sworn to before me this
22nd day of July 2008

_____
Notary Public

SEYMOUR H. BUCHOLZ
Notary Public, State of New York
No. 02BU4877114
Qualified in Westchester County
Commission Expires 10/27/20__