UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARJENT SERVICES, LLC,

           Plaintiff,

v.

JOSEPH M. SCIRE and JOYCE B. SCIRE,

           Defendants.

Case No. 08 CIV 6510

| | |
|---|---|
| STATE OF NEW YORK | ) |
| COUNTY OF NEW YORK | ) ss.: |

      JENNIFER SY LOPEZ, being duly sworn, deposes and says:

      I am employed by the firm of GARVEY SCHUBERT BARER, attorneys for Plaintiff; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On July 22, 2008, I served the within **MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER TO STAY ARBITRATION** via EMAIL and FEDERAL EXPRESS at the following address:

John E. Lawlor, Esq.
*Attorneys for Defendants*
129 Third Street
Mineola, New York 11501

Bonnie R. Simon, Senior Case Administrator
FINRA Dispute Resolution
Southeast Region
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

and via EMAIL at the following addresses:

      Panel: Sanford Finde r, Chair
             James Cormack
             Richard Preston

                                                     _____
                                                          JENNIFER SY LOPEZ

Sworn to before me this
22nd day of July 2008

_____
Notary Public

SEYMOUR H. BUCHOLZ
Notary Public, State of New York
No. 02BU4877114
Qualified In Westchester County
Commission Expires 10/27/20__