

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARJENT SERVICES, LLC,

        Plaintiff,

v.

JOSEPH M. SCIRE and JOYCE B. SCIRE,

        Defendants.

Case No. _____

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

08 CIV 6510

---

    Upon the copy of the complaint, the affidavit of Robert De Palo, duly sworn July 22, 2008, and the exhibits attached thereto, the affidavit of Andrew J. Goodman, dated July 22, 2008, and the exhibits annexed thereto, and good and sufficient cause appearing therefor, it is:

    ORDERED that Defendants Joseph M. Scire and Joyce B. Scire (collectively "Defendants") show cause before this Court, Room 17B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on the 29th day of July, 2008 at 11 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure staying the arbitration initiated by Defendants as against Plaintiff before the Financial Industry Regulatory Authority ("FINRA") (Case No. 07-03443) during the pendency of this action, and for such other, further and different relief as the Court deems just and proper; and it is further

    ORDERED that, sufficient reason having been shown therefor, pursuant to Rule 65, Fed. R. Civ. P., the arbitration initiated by Defendants (FINRA Dispute Resolution No. 07-03443) is temporarily restrained and enjoined as against Plaintiff pending hearing and determination of this motion; and it is further

ORDERED that personal service of a copy of this order to show cause, together with copies of the papers upon which it is granted, shall be made upon Defendants or their counsel by overnight delivery on or before the 23rd day of July, 2008, and by email or facsimile on or before the 23rd day of July, 2008, be considered good and sufficient service.

Answering affidavits, if any, are required to be served upon counsel for Plaintiffs by personal delivery no later than  1 p.m., July 28, 2008 and by email or facsimile no later than N/A; courtesy copy to chambers by 1 p.m 7/28/08.

Dated: New York, New York
       July 22, 2008

ENTERED,

_____
U.S.D.J.

Part I

NY_DOCS:601450.2