UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARJENT SERVICES, LLC,

        Plaintiff,

v.

JOSEPH M. SCIRE and JOYCE B. SCIRE,

        Defendants.

Case No. 08 CIV 6510

STATE OF NEW YORK      )
                                     ) ss.:
COUNTY OF NEW YORK   )

      JENNIFER SY LOPEZ, being duly sworn, deposes and says:

      I am employed by the firm of GARVEY SCHUBERT BARER, attorneys for Plaintiff; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On July 30, 2008, I served the within **STIPULATION TO MARK OFF-CALENDAR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER TO STAY ARBITRATION** via EMAIL and FIRST CLASS MAIL at the following address:

John E. Lawlor, Esq.
*Attorneys for Defendants*
129 Third Street
Mineola, New York 11501

Bonnie R. Simon, Senior Case Administrator
FINRA Dispute Resolution
Southeast Region
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

and via EMAIL at the following:

    Panel: Sanford Finder, Chair
            James Cormack
            Richard Preston

_____
JENNIFER SY LOPEZ

Sworn to before me this
30TH day of July 2008

_____
Notary Public

SEYMOUR H. BUCHOLZ
Notary Public, State of New York
No. 02BU4877114
Qualified in Westchester County
Commission Expires 10/27/20__