USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-08



RECEIVED
JUL 28 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARJENT SERVICES, LLC,

    Plaintiff,

v.

JOSEPH M. SCIRE and JOYCE B. SCIRE,

    Defendants.

---

Case No. 08 CIV 6510

**STIPULATION TO MARK OFF-CALENDAR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

STATE OF NEW YORK  )
                             )
COUNTY OF NEW YORK  )

WHERAS, Plaintiff Arjent Services, LLC has moved pursuant to Rule 65 of the Federal Rules of Civil Procedure for (a) a preliminary injunction to stay as to Plaintiff an arbitration commenced by Defendants Joseph. M. Scire and Joyce B. Scire pending final judgment in this action, and (b) for a temporary restraining order staying the arbitration as to Plaintiff pending hearing and determination of this action. On July 22, 2008, United States District Court Hellerstein executed the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order and marked the motion on calendar for July 29, 2008.

IT IS HEREBY STIPULATED AND AGREED between the parties that, in order to avoid the cost of litigation, Plaintiff's motion should be marked off-calendar without prejudice so as to allow the parties the opportunity to mediate the arbitration proceeding through the FINRA mediation program. In the event the mediation proves unsuccessful, Plaintiff reserves the right to renew this action and restore the motion to the calendar.

AGREED:

| | |
|---|---|
| **GARVEY SCHUBERT BARER** | **JOHN E. LAWLOR (JL3255)** |
| By: *[signature]* | By: *[signature]* |
| Andrew J. Goodman, Esq. | John E. Lawlor, Esq. |
| James Freeman, Esq. | 129 Third Street |
| 100 Wall Street, 20th Floor | Mineola, NY 11501 |
| New York, NY 100 | |
| (212) 431-8700 | |
| | |
| Attorneys for Arjent Services, LLC | Attorneys for Defendants |
| | Joseph M. Scire and Joyce B. Scire |
| | |
| Dated: July 28, 2008 | Dated: July 28, 2008 |

IT IS SO ORDERED:

DATED: __7/29__, 2008

*[signature]*
U.S.D.J. Judge

Part I



**GARVEY** SCHUBERT **BARER**
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

NEW YORK OFFICE
twentieth floor
100 wall street
new york, new york 10005-3708
TEL 212 431 8700  FAX 212 334 1278

OTHER OFFICES
beijing, china
portland, oregon
seattle, washington
washington, d.c.
GSBLAW.COM

7/28/2008 3:28:04 PM

To:        **Hon. Richard J. Holwell**
Company:
Fax:       12128057948
Phone:


RECEIVED JUL 28 2008
CHAMBERS OF RICHARD J. HOLWELL

From:      **James Freeman/Andrew Goodman**
Fax:       212-334-1278
Phone:     212-965-4524/34 DIRECT
Client/Matter: /

Number of pages (Including cover): **3**

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL OUR OFFICE AT (212) 431-8700 AS SOON AS POSSIBLE AND ASK FOR James Freeman/Andrew Goodman    .

**Message:**
  Please see following.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU