UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARJENT SERVICES, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>JOSEPH M. SCIRE and JOYCE B. SCIRE,<br><br>               Defendants. | Case No. 08 Civ. 6510 (LTS)(GWG)<br><br>ECF Case<br><br>**SUPPLEMENT TO THE COMPLAINT** |

The following paragraph number 7 relating to diversity jurisdiction shall replace and supersede paragraph 7 of the Complaint, dated July 22, 2008.

7.  Alternatively, complete diversity of citizenship exists between all parties to this action. Upon information and belief, Defendants are a married couple and at all relevant times were citizens of the state of South Carolina. [See Statement of Claim, ¶ 1]. Plaintiff is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in the City, County and State of New York. The members of plaintiff limited liability company are citizens of New York, New Jersey and the United Kingdom.

Dated: New York, New York
       August 25, 2008

                                            GARVEY SCHUBERT BARER

                                            By: _____
                                                 Andrew J. Goodman, Esq. (AG-3406)
                                                 James Freeman, Esq. (JF-8605)
                                                 *Attorneys for Plaintiffs*
                                                 100 Wall Street, 20th Floor
                                                 New York, New York 10005
                                                 (212) 965-4534/4524