UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARJENT SERVICES, LLC,

                    Plaintiff,

v.

JOSEPH M. SCIRE and JOYCE B. SCIRE,

                    Defendants.

Case No. 08 CIV 6510

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK               )

COUNTY OF NEW YORK              ) ss.:

JENNIFER SY LOPEZ, being duly sworn, deposes and says:

I am employed by the firm of GARVEY SCHUBERT BARER, attorneys for Plaintiff; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On August 25, 2008, I served the within **SUPPLEMENT TO THE COMPLAINT** via EMAIL at the following address:

> John E. Lawlor, Esq.
> *Attorneys for Defendants*
> 129 Third Street
> Mineola, New York 11501
> Email: JLaw672@aol.com

JENNIFER SY LOPEZ

Sworn to before me this
26th day of August 2008

Notary Public

ANDREW J. GOODMAN
Notary Public, State of New York
No. 4673194
Qualified in Westchester County
Commission Expires Nov. 30, 2010